HMK/jb FS 7843

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAN FERROSTAAL, INC.,

        Plaintiff,                          07 CIV 7448 (DLC)(AJP)
                                               ECF CASE

   -against-

M/V STAR LEIKANGER, her engines,          **RULE 7.1 STATEMENT**
boilers, tackle, etc., MASTERBULK PTE
LTD., STAR SHIPPING AS,

        Defendants.

------------------------------------------------------------X

    PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT CORPORATION:   MAN FERROSTAAL AG, MAN AG

Dated: August 22, 2007

                                              KINGSLEY, KINGSLEY & CALKINS
                                              Attorneys for Plaintiff

                                              BY:__/S/_____
                                                HAROLD M. KINGSLEY
                                                91 W. Cherry Street
                                                Hicksville, New York 11801
                                                (516) 931-0064