UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT FILED SEP 1 2 2007 S.D. OF N.Y.*

MAN FERROSTAAL, INC.,

    Plaintiff,

-V-

M/V STAR LEIKANGER, her engines, boilers, tackle, etc.,
MASTERBULK PTE LTD., STAR SHIPPING AS,
    Defendants.

**CERTIFICATE OF MAILING**

07 CV 7448 (DLC)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**12TH day of September, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**22nd day of August, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 875 307

*J. Michael McMahon*
      CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

August 28, 2007

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ...OSTAAL, INC., v. M/V STAR
..., et al.
07 CV 7448 (DLC)
FS 7843

Dear Sir/Madam:

... and Complaint on the following
... Federal Rules of Civil Procedure Rule
...

Very truly yours,

HMK/jb
Encl.

---

**Registered Mail Receipt (PS Form 3806):**

Registered No. RB632895307US
Reg Fee: $10.15
Handling Charge: $0.00
Postage: $1.80
Return Receipt: $0.00
Restricted Delivery: $0.00
Date Stamp: 09/12/07
Customer Must Declare Full Value: $0.00
Without Postal Insurance (X)

FROM: KINGSLEY KINGSLEY & CALKINS
91 WEST CHERRY STREET
HICKSVILLE, NY 11801
FS 7843

TO: STAR SHIPPING AS
FORTUNEN
5013 BERGEN, NORWAY