UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| MAN FERROSTAAL, INC., <br><br> Plaintiff, <br><br> -V- <br><br> M/V STAR LEIKANGER, her engines, boilers, tackle, etc., MASTERBULK PTE LTD., STAR SHIPPING AS, <br> Defendants. | **CERTIFICATE OF MAILING** <br><br><br><br><br><br> 07 CV 7448 (DLC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**12TH day of September, 2007**

I served the

SUMMONS & COMPLAINT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**22nd day of August, 2007**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 895 284

J. Michael McMahon
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
Proctors in Admiralty

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

August 28, 2007

Clerk of the Court
United States District Court



., INC., v. M/V STAR

448 (DLC)

is and Complaint on the following
to Federal Rules of Civil Procedure Rule

E LTD
#23-01
06

Very truly yours,

HMK/jb
Encl.