# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW

*Proctors in Admiralty*

91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

RECEIVED
NOV 28 2007
CHAMBERS OF
DENISE COTE

November 26, 2007

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, RM 755
New York, NY 10007

**MEMO ENDORSED**

RE:   Man Ferrostaal, Inc. v. M/V STAR LEIKANGER, et al.
      07 CIV 7448 (DLC)(AJP)
      Our Ref: FS 7843A,B,C

Dear Judge Cote:

We represent the plaintiff herein in this marine cargo action. This case was filed August 22, 2007, and has been scheduled for an initial pretrial conference on Friday, December 7, 2007, at 3:30 P.M.

We have been in contact with and have been discussing possible settlement with the defendants directly. We feel settlement may be obtainable if the defendants are not required to retain counsel at this time.

Accordingly, we respectfully request the initial pretrial conference be adjourned for approximately 60 days to a date in February, 2008, at a time convenient for the Court to allow parties to continue to discuss settlement.

Thank you.

*Denied. The defendant is in default.*
*Denise Cote*
*Nov. 29, 2007*

Respectfully,

Kevin T Murtagh

KTM/mhb