UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
MAN FERROSTAAL, INC.,               :    07 CIV. 7448 (DLC)
                                    :
                Plaintiff,          :         ORDER
                                    :
        -v-                         :
                                    :
M/V STAR LEIKANGER, her engines,    :
boilers, tackle, etc., MASTERBULK PTE:
LTD., and STAR SHIPPING AS,         :
                                    :
                Defendants.         :
                                    :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07

DENISE COTE, District Judge:

   This action was filed on August 22, 2007, and defendants were served on September 12. Their time to answer has run and they are in default. An initial pretrial conference is scheduled for December 7. Plaintiff seeks a sixty day conditional dismissal order, representing that a settlement agreement has been reached. It is hereby

   ORDERED that the December 7 conference is adjourned to **December 14, 2007** at **10 a.m.** There will be no further adjournments. The conference will be cancelled if a settlement agreement is provided to the Court prior to December 14.

   SO ORDERED:

Dated:   New York, New York
         December 6, 2007

                                    _____
                                         DENISE COTE
                                    United States District Judge