HMK/jb FS 7843

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MAN FERROSTAAL, INC.,

            Plaintiff,                                      07 CIV 7448 (DLC)(AJP)
                                                                    ECF CASE
   -against-

M/V STAR LEIKANGER, her engines,                      **VOLUNTARY**
boilers, tackle, etc., MASTERBULK PTE                    **DISMISSAL**
LTD., STAR SHIPPING AS,

           Defendants.

------------------------------------------------------------X

     No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:   December 7, 2007

                                                       KINGSLEY, KINGSLEY & CALKINS
                                                       Attorneys for Plaintiff

                                                        BY: _____
                                                        HAROLD M. KINGSLEY
                                                       91 W. Cherry Street
                                                       Hicksville, New York 11801
                                                       (516) 931-0064