HMK/jb FS 7843

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MAN FERROSTAAL, INC.,

        Plaintiff,                            07 CIV 7448 (DLC)(AJP)
                                                 ECF CASE

   -against-

M/V STAR LEIKANGER, her engines,         **VOLUNTARY**
boilers, tackle, etc., MASTERBULK PTE      **DISMISSAL**
LTD., STAR SHIPPING AS,

        Defendants.

-------------------------------------------------------------X

      No answer having been filed in this action, it is hereby dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  December 7, 2007

                                           KINGSLEY, KINGSLEY & CALKINS
                                           Attorneys for Plaintiff

                                           BY: _____
                                             HAROLD M. KINGSLEY
                                             91 W. Cherry Street
                                             Hicksville, New York 11801
                                             (516) 931-0064

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07